Sign up for free daily updates!   Subscribe now

Home    Archives    About    Advertise / Contact



Top Stories    Sections    Printable Coupons    Search for Coupons

1 DAY AGO    Can't Find Coupons? Sharp Decline in Available Discounts Continues

2 DAYS AGO    Sunday Coupons – 3/8/20

# Pantless Couponer Arrested After Checkout Dispute

in **Coupons In The News** January 27, 2016

**Advertising/contact information:**

Click here to get in touch, or for information about advertising on the site.

**Keep up with the latest news:**

- Facebook
- Twitter
- RSS Feed
- Email newsletter



If a cashier ever refuses your coupon, your best bet is to stay calm, avoid becoming argumentative, ask for a manager's assistance and be patient. In short, keep your pants

**EXHIBIT B**

on.

Literally. Please. Keep your pants on.

A Florida woman did not heed that advice, and now her disputed coupon is the least of her troubles.

Police in Lady Lake, Florida were called to a local Best Buy store last weekend, in response to employees' complaints that a customer was "causing a disruption" by yelling, refusing requests to leave and "showing her buttocks to other customers in the store."

According to a police incident report, 46-year-old Courtney Anderson tried to use an expired coupon, and became belligerent when a cashier declined to accept it. Employees told police she "started yelling at the cashier" and other employees, and threatened "to sue them for always watching her and accusing her of stealing."

And then she allegedly dropped her pants.

When police arrived, Anderson was recognized as someone with whom they'd had "previous encounters". According to the incident report, she was standing at the front of the store with an employee, merchandise in hand, refusing repeated requests to leave because she wanted to buy her stuff first.

The investigating officer said he asked her to put down the merchandise and leave the store, but she ignored him and continued yelling at the employee, "which caused numerous customers in the store to stop and stare at the loud verbal confrontation that was occurring at the front door of the store."

Eventually, the officer forcibly put her in handcuffs, after which "her demeanor completely changed." She became "very calm," the officer said, "and repeatedly apologized for her behavior and actions."

Her apology alone wasn't good enough, though – Anderson was taken into custody and charged with resisting arrest and disorderly conduct. She's out on bond, pending an arraignment next week. In the meantime, she's been told that she is no longer welcome at that particular Best Buy, so she'll have to go somewhere else to buy whatever she was trying to get there.

Hopefully with a coupon that hasn't expired. And preferably with her pants on.

*Image sources: Lake County Sheriff's Office / JeepersMedia*

Share this!    Tweet this!

**EXHIBIT B**

You may also like:


**Alleged Coupon Thief Caught in the Act**


**Best Buy Bonanza Goes Bust**


**Target: Price Matching is Nice, Because No One Actually Does It**


**Legal Challenges to the "Walmart Challenge"**

Tags: **Coupon Crime**, **Best Buy**

## 2 Comments


**Laura**
January 28, 2016 at 10:19 am

I wouldn't say that this women was on drugs just because of the way she looks. Granted she looks rough around the edges but that don't make her a drug user. She could have a mental illness. Who knows but either way the courts should send her to a Dr.to be tested. If it's drugs then send her to a treatment center if it's mentally then get her on some med's so this kind of behavior won't happen again..

Reply


**Karen**
January 27, 2016 at 9:45 am

Meth scars on her face and one rough looking woman for 46 years old. Put her in drug rehab.

Cash-back savings apps:





**EXHIBIT B**

Reply

Leave a Reply

*

*

**Printable coupons:**

**Search by Date**

January 2016

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

« DEC FEB »

## Archives

Select Month

Privacy policy
Disclosure policy

## Welcome!

Coupons in the News features daily news stories and information about coupons, grocery shopping and saving money. Read about the latest trends in couponing, get some new coupon alerts and keep up with stories across the country and around the world that have to do with coupons, the companies that issue them and the consumers who use them. Because at Coupons In The News, we believe an educated consumer is the best couponer!

Advertising/Contact information

## Most recent news

Can't Find Coupons? Sharp Decline in Available Discounts Continues

Sunday Coupons – 3/8/20

Police Seek Kroger Coupon Scammers

Could a "Super Coupon Mobile App" Be in Walmart's Future?

Stock Up and Save For the Coronavirus Apocalypse!

## Share the News!

Grab Our Button:

<textarea id="code-source" rows="4? cols="13? name="code-source"><center><a href="https://couponsinthenews.com" target="_blank" rel="noopener noreferrer"><img border="0? alt="Coupons In The News" src="https://i0.wp.com/i1271.photobucket.com/albums/jj634/couponsinthenews/rsz_gravatar.png?w=690" data-recalc-dims="1"/></a></center >

Copyright © 2020 — Coupons in the News. All Rights Reserved. Designed by WPZOOM

Privacy Policy
Disclosure Policy

**EXHIBIT B**

