SUPPORT    SIGN IN    SIGN UP                                              USD

Domains    Hosting    WordPress    Apps    Security    Transfer to Us    How To    Account

# Whois Lookup

Find out who owns that domain name!

Domains → Whois Lookup → Results

## couponsinthenews.com

Domain name: couponsinthenews.com
Registry Domain ID: 1731484301_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-06-04T11:18:03.38Z
Creation Date: 2012-07-04T01:09:35.00Z
Registrar Registration Expiration Date: 2020-07-04T01:09:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:

**EXHIBIT D**

Registrant Email: f8a3443e55bb490eae0924e6dc42d081.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: f8a3443e55bb490eae0924e6dc42d081.protect@whoisguard.com

# EXHIBIT D

```
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: f8a3443e55bb490eae0924e6dc42d081.protect@whoisguard.com
Name Server: ns1357.hostgator.com
Name Server: ns1358.hostgator.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-03-07T15:07:13.82Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

Need help? We're always here for you.    Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

Learn more about Namecheap →

Read our blog →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

Join

| Domains | Security | Resource Center |
|---|---|---|
| Domain Name Search | WhoisGuard | |
| Transfer | PremiumDNS | **Support** |
| New TLDs | VPN  UPDATED | Support Center |
| Personal Domain | 2FA | Status Updates |
| Marketplace | Public DNS | Knowledgebase |
| Whois Lookup | | Submit Ticket |
| PremiumDNS | **Transfer to Us**  TRY ME | Live Chat |
| FreeDNS | Transfer Domains | Report Abuse |
| | Migrate Hosting | |
| **Hosting** | Migrate WordPress | **Careers** |
| Shared Hosting | Migrate Email | |
| WordPress Hosting  UPDATE | | **Affiliates** |
| Reseller Hosting | **SSL Certificates** | |
| VPS Hosting | Comodo | **Send us Feedback** |
| Dedicated Servers | Organization Validation | |
| Private Email Hosting | Domain Validation | |
| Migrate to Namecheap | Extended Validation | |
| Website Builder | Single Domain | |
| | Wildcard | |
| **WordPress**  UPDATE | Multi-Domain | |
| Shared Hosting | **Resellers** | |
| WordPress Hosting | SSL Certificates | |



**EXHIBIT D**


UPDATE
Migrate WordPress

Reseller Hosting

Promos

The entirety of this site is protected by copyright © 2001–2020 Namecheap.com.    Terms and Conditions    Privacy Policy    UDRP

**WE SUPPORT** 

 We are an ICANN accredited registrar. Serving customers since 2001.

Payment Options 



# EXHIBIT D