UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

COURTNEY B ANDERSON,

    Plaintiff,

v.                                                     Case No: 5:20-cv-41-Oc-30PRL

BEST BUY STORES L.P., COUPONS IN
THE NEWS, NAMECHEAP, INC.,
WHOISGUARD, INC, WHOISGUARD,
PROTECTED and JOHN/JANE DOE,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 40), Plaintiff's Objections to the Report and Recommendation (Dkt. 42), and Defendant's Response to Plaintiff's Objections to the Report and Recommendation (Dkt. 45).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objections, and Defendant's Response, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 40) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Best Buy's Motion to Dismiss the Second Amended Complaint (Dkt. 28) is granted.

3. Defendant Best Buy Stores L.P. is dismissed with prejudice.

4. The Clerk is directed to terminate Defendant Best Buy L.P. from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of June, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record