**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

COURTNEY B ANDERSON,

    Plaintiff,

v.                                                               Case No: 5:20-cv-41-Oc-30PRL

COUPONS IN THE NEWS,
NAMECHEAP, INC., WHOISGUARD,
INC, WHOISGUARD, PROTECTED and
JOHN/JANE DOE,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 53), Plaintiff's Objection to the Report and Recommendation (Dkt. 54) and Defendant Coupons in the News, LLC's Opposition to Plaintiff's Objections (Dkt. 57).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objection, Defendant Coupons in the News, LLC's Opposition to Plaintiff's Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 53) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Coupons in the News, LLC's motion to dismiss the Second Amended Complaint (Dkt. 43) is GRANTED.

3. This case is dismissed with prejudice.

4. Plaintiff's Amended Motion for Leave to file a Motion to Comply with Rule 4-3.3, Rules Regulating the Florida Bar (Dkt. 58) is terminated as moot.

5. Defendant Coupons in the News, LLC's is directed to file its motion for attorney's fees and costs within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of August, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

2